No. 11–10834. MATHIS v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE

ALITO took no part in the consideration or decision of this petition.